NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

AMANY AZER,

      Plaintiff,

  v.

EXTENDED STAY AMERICA LLC, a California corporation and DOES 1-10, inclusive,

      Defendants.

_____

SCHINDLER ELEVATOR CORPORATION,

      Cross-Complainant,

  v.

ROES 1 through 50, inclusive,

      Cross-Defendants.

Case No. 8:26-cv-01016-FWS-AS

**ORDER RE JOINT STIPULATION TO REMAND ACTION TO STATE COURT [15]**

///

///

1

The court has reviewed and considered the parties' Joint Stipulation to Remand Action to State Court, (Dkt. 15 ("Stipulation").)   Based on the state of the record, as applied to the relevant law, and for good cause shown in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** that the above-captioned case is **REMANDED** to the Orange County Superior Court, Case No. 30-2024-01413870-CU-PO-NJC.

**IT IS SO ORDERED**.

Dated:  May 18, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE